

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2022

**BY ECF & EMAIL**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   ***United States v. Marco Ruiz Ochoa*, 22 Cr. 551 (JLR)**

Dear Judge Wang:

      The Government respectfully writes with respect to the bail conditions imposed on the above-referenced defendant. In addition to the conditions imposed at the defendant's presentment on November 23, 2022, the parties have agreed to the following bail conditions: (1) the defendant must surrender any passports to Pretrial Services and make no new applications for travel documents; (2) the defendant will be subject to stand-alone monitoring; and (3) the defendant must abide by the following special condition:

      Defendant is not to engage in any business involving multi-level marketing, investment programs or other business involving the solicitation of funds or cold calls to customers. Defendant may not use or possess more than one virtual currency wallet without permission of pretrial. Defendant must disclose to pretrial all virtual wallets. Defendant may only use open public blockchain virtual currencies and is prohibited from using privacy coins.

*granted.*
*OTW /Dec.*
*1, 2022*

**SO ORDERED:**

Application GRANTED.

_____
**Ona T. Wang**     12/1/22

Hon. Ona T. Wang                                                    Page 2
December 1, 2022

       Thank you for your consideration of this matter.
                                   Respectfully submitted,

                                   DAMIAN WILLIAMS
                                   United States Attorney for the
                                   Southern District of New York

                    By:    _____
                                   Benjamin A. Gianforti
                                   Cecilia E. Vogel
                                   Assistant United States Attorneys
                                   (212) 637-3490 / -1084

Cc:    Conor McNamara, Esq.
       Attorney for Marco Ruiz Ochoa (By ECF & Email)