

LAW OFFICES OF

# Robert Tsigler
PLLC

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

March 29, 2023

*-Via ECF-*
Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **RE:**   <u>Request to waive personal appearance at 04.06.23 status conference</u>
              Defendant: Marco Ruiz-Ochoa (Deft. 2)
              *USA v. Carmona, et al.,* 1:22-cr-00551-JLR-2

Dear Judge Rochon:

      Our office represents defendant Marco Ruiz-Ochoa in the above-referenced matter. He is currently out on bond and has been fully compliant with all conditions set by this Court. A status conference is scheduled here for April 6, 2023 at 10:00 a.m. We respectfully request that Mr. Ruiz-Ochoa be excused from appearing personally at the conference or, in the alternative, be permitted to appear via telephone or videoconference.

      I have spoken with AUSA Benjamin Gianforti concerning our request and he advised that the government does not object.

      Mr. Ruiz-Ochoa asks for this accommodation due to the fact that he lives in New Hampshire and the status conference will likely involve matters concerning scheduling between the Court and attorneys, rather than a "substantive" or "critical" pretrial proceeding.

      Thank you for your attention and consideration in this matter.

Application GRANTED. Mr. Ruiz-Ochoa shall participate by telephone via Microsoft Teams. Counsel shall appear in person. The Court will provide Counsel with log-in information for Defendant prior to the conference.

Respectfully Submitted,

/s/     Conor McNamara
CONOR McNAMARA, ESQ.
LAW OFFICES OF ROBERT TSIGLER
Attorneys for Defendant

**SO ORDERED.**

Dated: March 30, 2023
    New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Judge Jennifer L. Rochon
*USA v. Carmona, et al.,* 1:22-cr-00551-JLR-2                                      March 29, 2023

Phone: (718) 878-3781
Direct: (718) 701-4114
Fax:     (212)748-1606
cm@tsiglerlaw.com


cc:      Counsel of Record (via ECF)